[No. 74744-4-I.   Division One.   December 19, 2016.]

SUSAN B. PAULSELL, *Plaintiff,* CONNIE POTTER ET AL., *Appellants,* v. JOSEPH MICHAEL GAFFNEY ET AL., *Respondents.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated September 18, 2017. Substitute opinion filed. See 200 Wn. App. 1041.

[No. 74873-4-I.   Division One.   December 19, 2016.]

*In the Matter of the Estate of* EDWARD COAKER.

WILLIAM P. COAKER, *Appellant,* v. MICHAEL E. COAKER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-4-01297-2, George N. Bowden, J., entered February 12, 2016. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Schindler and Mann, JJ.

[No. 47488-3-II.   Division Two.   December 20, 2016.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRENCE FRANK SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03102-7, Jack F. Nevin, J., entered March 27, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Melnick, J.; Lee, J., concurring separately.